IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-72-MR-DLH

| | |
|---|---|
| NICHOLAS C., by his guardian and next friend EMILY C.; and GENE HAWKINS, <br><br> Plaintiffs, <br> v. <br><br> ALDONA WOS, in her official capacity as Secretary of the Department of Health and Human Services; J. MICHAEL HENNIKE, in his official capacity as Chief Executive Officer of Central Regional Hospital; and ARTHUR ROBARGE, in his official capacity as Director of J. Iverson Riddle Developmental Center, <br><br> Defendants. | **NOTICE OF DISMISSAL OF CLAIMS MADE BY PLAINTIFF GENE HAWKINS** |

Plaintiff Gene Hawkins, by and through his counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby serves notice of the dismissal of all claims brought by him in this action.

This the 28th day of March, 2014.

/s/ Kristine L. Sullivan
Kristine L. Sullivan
N.C. Bar No. 35595
John R. Rittelmeyer
N.C. State Bar No. 17204
*Attorney for Plaintiffs*
DISABILITY RIGHTS NORTH CAROLINA

2626 Glenwood Avenue, Suite 550  
Raleigh, NC  27608  
Phone: (919) 856-2195  
Fax:     (919) 856-2244  
kristine.sullivan@disabilityrightsnc.org  
john.rittelmeyer@disabilityrightsnc.org

Certificate of Service

The undersigned hereby certifies that on March 28, 2014, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Olga Vysotskaya
ovysotskaya@ncdoj.gov

        /s/ Kristine L. Sullivan
        Kristine L. Sullivan