IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 72

| | | |
|---|---|---|
| NICHOLAS C., by his guardian and next friend EMILY C., | ) ) ) | |
| Plaintiff | ) ) ) | **ORDER** |
| v | ) ) | |
| ALDONA WOS, in her official capacity as Secretary of the Department of Health and Human Services; and JOYCE M. JENSEN, in her official capacity as Acting Director of J. Iverson Riddle Developmental Center, | ) ) ) ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the undersigned pursuant to a Fourth Joint Motion for Extension of Time to Submit Reports of Expert Witnesses (#31). In the motion, the Plaintiff and Defendants requests that the Court extend the deadline for Plaintiff to submit expert reports until February 19, 2015 and extend the time for Defendants to submit expert reports until March 19, 2015. In the Pretrial Order and Case Management Plan (#20) entered in this matter, discovery is to be completed by March 1, 2015. The motion of the parties would preclude the completion of discovery and perhaps would require a delay in the other deadlines set forth in the Pretrial Order and Case Management Plan. As a result, the

1

undersigned will allow in part, and deny in part, this motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Fourth Joint Motion for Extension of Time to Submit Reports of Expert Witnesses (#31) is **ALLOWED** in part and **DENIED** in part. The time for the Plaintiff to submit expert reports is continued until **January 26, 2015** and the time for the Defendants to submit expert reports shall remain at **February 19, 2015**. All other requests made by the parties in the motion are **DENIED**. Counsel is advised that no further extensions shall be granted in regard to the filing of the expert reports in this matter nor will there be any extensions in regard to the discovery deadline or the motions deadline that were established in the Pretrial Order and Case Management Plan (#20).

Signed: January 20, 2015

_____

Dennis L. Howell
United States Magistrate Judge